
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CR267 |
| ) | |
| vs. ) | SUPERSEDING INDICTMENT |
| ) | 21 U.S.C. § 846 |
| JUAN CORREA-GUTIERREZ, ) | 21 U.S.C. § 853 |
| a/k/a Armando Valencia Andrade, ) | |
| ) | |
| Defendant. ) | |

The Grand Jury Charges:

## COUNT I

Beginning from an unknown date but at least as early as July 1, 2006, and continuing through the present, in the District of Nebraska and elsewhere, JUAN CORREA-GUTIERREZ, a/k/a Armando Valencia Andrade, defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

As a result of the forgoing offenses, defendant JUAN CORREA-GUTIERREZ, a/k/a Armando Valencia Andrade shall forfeit to the United States any and all property constituting or derived from any proceeds said defendant obtained directly or indirectly as a result of the violations

alleged in Count I of this Indictment and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count I of this Indictment, including but not limited to the following:

(A) $22,455.00 in United States currency seized from 6819 B Plaza, Apt, 96, on July 14, 2008;

(B) $370.00 in United States currency seized from Enrique Hurtado on July 15, 2008;

(C) $1,022 United States currency seized from the person of Juan Orozco on July 15, 2008;

(D) $4,372.00 United States currency seized from seized from 1924 South 17 Street on July 14, 2008.

In violation of Title 21, United States Code, Section 853.

A TRUE BILL:

███████████

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

ROBERT C. SIGLER
Assistant U.S. Attorney