# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR265 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| VICTOR BRIONES-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR267 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN CORREA-GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR268 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUAN OROZCO-OSBLADO, | ) | |
| | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR269 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JESUS ROMAN-SORIANO, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>                            Plaintiff,      )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>ENRIQUE HURTADO-CERVANTES, )<br>                                                        )<br>                            Defendant.   ) | 8:08CR305<br><br>ORDER |
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>                            Plaintiff,      )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>GONZALO GAONA-LOZANO,           )<br>                                                        )<br>                            Defendant.   ) | 8:08CR221<br><br>ORDER |
| UNITED STATES OF AMERICA,         )<br>                                                        )<br>                            Plaintiff,      )<br>                                                        )<br>vs.                                                  )<br>                                                        )<br>GABRIEL CHAPARRO,                       )<br>                                                        )<br>                            Defendant.   ) | 8:08CR266<br><br>ORDER |

The government having moved to join these cases for trial (Filing No. 24 in case 8:08CR265; Filing No. 41 in case 8:08CR267; Filing No. 27 in case 8:08CR268; Filing No. 28 in case 8:08CR269; Filing No. 18 in case 8:08CR305; Filing No. 35 in case 8:08CR221; Filing No. 24 in case 8:08CR266) and having filed its brief in these matters on November 4, 2008, each of the above-named defendants shall have **until November 13, 2008**, in which to file a response to the motion and brief.

**IT IS SO ORDERED.**

DATED this 5th day of November, 2008.

                                                                        BY THE COURT:

                                                                         s/Thomas D. Thalken
                                                                        United States Magistrate Judge

2