## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:08CR267** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JUAN CORREA-GUTIERREZ,** ) | |
| ) | |
| **Defendant.** ) | |

This matter is before the Court on the motion to suppress of defendant Juan Correa-Gutierrez(Correa-Gutierrez) (Filing No. 49). The motion does not comply with NECrimR 12.3 (b), in that the motion:

( X )   Is not supported by a brief;

(   )   Is not supported by an Index of Evidence as required by NECrimR 12.3(b)(2) or a statement of what evidence will be offered at an evidentiary hearing requested for the motion;

(   )   Is not accompanied by a statement verifying that counsel for the moving party has conferred with opposing counsel in person or by telephone in a good-faith effort to resolve by agreement the issues raised by the motion and that the parties have been unable to reach such an agreement;

( X )   Which requests an evidentiary hearing, does not contain a statement of the estimated time needed for the hearing, whether any interpreters will be needed, or whether any codefendant should be present and/or participate in the hearing.

Accordingly, the motion (Filing No. 49) is :

( X )   Held in abeyance pending compliance with NECrimR 12.3(b)(2). Absent compliance **on or before November 26, 2008**, the motion will be deemed withdrawn and termed on the docket.

(   )   Denied.

**IT IS SO ORDERED.**

DATED this 18thday of November, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge