IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )        8:08CR267
                                 )
          v.                     )
                                 )
JUAN CORREA-GUTIERREZ,           )          ORDER
                                 )
               Defendant.        )
_____)
```

This matter is before the Court on the report and recommendation of the magistrate judge (Filing No. 56), recommending that defendant's motion to suppress (Filing No. 49) be denied.  The Court notes no objections have been filed thereto.

The Court has reviewed the motion, defendant's brief in support of said motion (Filing No. 51), and plaintiff's responsive brief (Filing No 53), and finds the report and recommendation of the magistrate judge should be approved and adopted.  Accordingly,

IT IS ORDERED:

1) The report and recommendation of the magistrate judge is approved and adopted;

2) Defendant's motion to suppress is denied.

DATED this 22nd day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court