IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:08CR267
                               )
      v.                       )
                               )
JUAN CORREA-GUTIERREZ,         )       ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for order that interpreter fees be paid (Filing No. 80). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant's counsel is authorized to submit a CJA voucher for payment of said fees.

DATED this 15th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court