IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:08CR267
                               )
         v.                    )
                               )
JUAN CORREA-GUTIERREZ,         )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for additional time to file an objection to the pre-sentencing investigation and motion to continue sentencing hearing (Filing No. 82). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion is granted; defendant shall have until June 26, 2009, to file objections to the presentence investigation report.

2) Sentencing is rescheduled for:

**Friday, July 31, 2009, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court