IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR267 |
| | ) | |
| v. | ) | |
| | ) | |
| JUAN CORREA-GUTIERREZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's application to proceed without prepayment of fees and affidavit (Filing No. 131) and application for certificate of appealability (Filing No. 132). Defendant wishes to appeal whether the district court abused its discretion in denying defendant's 28 U.S.C. § 2255 motion on the basis that the decision of the Supreme Court in *Padilla v. Kentucky*, 130 S.Ct. 1473 (2010), is not retroactive. The Court finds the motions should be granted and that defendant may appeal this issue. Accordingly,

IT IS ORDERED:

1) Defendant's motion is granted; defendant is permitted to proceed on appeal without prepayment of fees and expenses.

2) Defendant's application for a certificate of appealability is granted; defendant may appeal the issue of

whether the Court abused its discretion in denying his 28 U.S.C. § 2255 motion.

DATED this 21st day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court