# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 11-2387

Juan Correa-Gutierrez, also known as Armando Valencia Andrade

Appellant

v.

United States of America

Appellee

___

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:11-cv-00047-LES)

___

**MANDATE**

In accordance with the opinion and judgment of 01/25/2012, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 17, 2012

Clerk, U.S. Court of Appeals, Eighth Circuit