# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-2808
_____

United States of America

Plaintiff - Appellee

v.

Juan Correa-Gutierrez, also known as Armando Valencia Andrade

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:08-cr-00267-LSC-1)
_____

**JUDGMENT**

Before LOKEN, BENTON, and KELLY, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the district court's denial of the petition for a writ of audita querela is summarily affirmed. See Eighth Circuit Rule 47A(a).

February 04, 2020

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans